%AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR _____ DISTRICT OF _____ NEW JERSEY

HALBERT COURSEY

**JUDGMENT IN A CIVIL CASE**

V.

CITY OF CAMDEN, CITY OF CAMDEN POLICE DEPARTMENT, STATE OF NEW JERSEY, DEPUTY CHIEF EDWIN FIGUEROA, RICK FUENTES, STATE POLICE OFFICER LEONARD DIJOSEPH, , ET AL.

Case Number:    05-CV-02820 (RBK)

x **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Judgment of No Cause for Action be entered in favor of Defendants **State Police Officer Leonard DiJoseph, State Police Officer Thomas Kerchersky & Gregory Leach** and against Plaintiff **Halbert Coursey**.

February 8, 2010
Date

HON. ROBERT B. KUGLER

UNITED STATES DISTRICT JUDGE